GUS KANAKIS v. JOHN VASTARDIS.

Oct. 30, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM E. OSLEY.

Oct. 30, 1979.  Petition for certification denied.

IN THE MATTER OF THE ESTATE OF KATE L.
BATEMAN, DECEASED.

Oct. 30, 1979.  Petition for certification denied.

IN THE MATTER OF THE ESTATE OF KATE L.
BATEMAN, DECEASED.

Oct. 30, 1979.  Cross-Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM CRITE.

Oct. 30, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS GIANNINI.

Oct. 30, 1979.  Petition for certification denied.